1   **FINKELSTEIN & KRINSK LLP**
    Jeffrey R. Krinsk (State Bar No. 109234)
2   Mark L. Knutson (State Bar No. 131770)
    William R. Restis (State Bar No. 246823)
3   501 West Broadway, Suite 1250
    San Diego, California 9210-3579
4   Telephone: (619)238-1333
    Facsimile: (619) 238-5425
5
    Attorneys for plaintiff
6   Luz. M. Zapien

7

8                 **UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
9                       **AT SAN DIEGO**

10

11   LUZ M. ZAPIEN, Individually And On Behalf   )   Case No. 3:07-cv-00385-DMS-CAB
    Of All Others Similarly Situated,          )
12                               )
                              )   PLAINTIFF'S RESPONSE TO
13             Plaintiff,          )   DEFENDANTS' MOTIONS TO DISMISS
                              )   PLAINTIFF'S COMPLAINT
14                               )
  v.                               )   Date: September 21, 2007
15                               )   Time: 1:30 p.m.
                              )   Place: Courtroom 10, Second Floor
16   WASHINGTON MUTUAL, INC., WM TRUST I,  )   Judge: Hon. Dana Sabraw
    WM TRUST II,WM STRATEGIC ASSET   )
17   MANAGEMENT PORTFOLIOS, LLC, WM  )
    FINANCIAL SERVICES, INC., WM ADVISORS,  )
18   INC., WM FUNDS DISTRIBUTOR, INC., EDGE  )
    ASSET MANAGEMENT, INC., PRINCIPAL  )
19   FINANCIAL GROUP, INC., PRINCIPAL  )
    INVESTORS FUND, INC., PRINCIPAL FUNDS  )
20   DISTRIBUTOR, INC.,                )
                              )
21            Defendants.        )
                              )
22   _____ )

23

24

25

26

27

28
    PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO
    DISMISS PLAINTIFF'S COMPLAINT
    (3:07-cv-00385-DMS-CAB)

1

## I.   INTRODUCTION

2    Plaintiff, Luz M. Zapien ("Plaintiff"), hereby files this response and opposition to the

3    motion to dismiss filed in the above matter by defendants, Washington Mutual, Inc., WM Trust I,

4    WM Trust II, WM Strategic Asset Management Portfolios, LLC, WM Financial Services, Inc., WM

5    Advisors, Inc., WM Funds Distributor, Inc., Edge Asset Management, Inc., Principal Financial

6    Group, Inc., Principal Investors Fund, Inc., Principal Funds Distributor, Inc. ("Defendants").

7

8

### A.   DEFENDANTS' MOTIONS TO DISMISS ARE MOOT INASMUCH AS PLAINTIFF HAS FILED AN AMENDED COMPLAINT

9    Federal Rules of Civil Procedure ("FRCP"), Rule 15, Amended and Supplemental

10   Pleadings, provides, *inter alia*:

11   (a)   **Amendments**. A party may amend the party's pleading once
     as a matter of course at any time before a responsive pleading is served, ....
12   FRCP Rule 15(a).

13   A motion to dismiss pursuant to FRCP Rule 12 is not a "responsive pleading" within the

14   purview of FRCP Rule 15(a), and therefore does not preclude an amendment to the complaint. Car

15   Carriers, Inc. v. Ford Motor Co., 745 F.2d 1101, 1111 (7th Cir. 1984), *cert denied*, 470 U.S. 1054;

16   Nolen v. Fitzharris, 450 F.2d 958 (9th Cir. 1971) (*Per Curiam*). *Also see*, Peralta Community

17   College Dist. v. United Nat'l Ins. Co., 2004 U.S. Dist. LEXIS 20431, *2-3 (N.D. Cal. 2004) ("the

18   Ninth Circuit has clearly stated, 'A motion to dismiss is not a responsive pleading within the

19   meaning of the Rule.'"), *quoting* Breier v. N. Cal. Bowling Proprietors' Ass'n, 316 F.2d 787, 789

20   (9th Cir. 1963); Reade-Alvarez v. Eltman, Eltman & Cooper, P.C., 2004 U.S. Dist. LEXIS 26353,

21   *2-4 (E.D.N.Y. 2004) and authorities cited therein (upholding a plaintiff's right to amend a

22   complaint to add new parties in response to a defendant's motion to dismiss).

23   Subsequent to the commencement of this action, Plaintiff has conducted additional

24   investigation and informal discovery which has uncovered a wealth of factual information not only

25   substantiating many of Plaintiff's claims against defendants. Moreover, this additional factual

26   information has been inserted into the First Amended Complaint filed herewith renders Defendants'

27   motions to dismiss moot.

28

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO
DISMISS PLAINTIFF'S COMPLAINT
(3:07-cv-00385-DMS-CAB)

<u>ZAPIEN v. WASHINGTON MUTUAL, INC. et al.</u>

1    **II.    CONCLUSION**

2         On the basis of the foregoing and in light of the fact that Defendants' motions to dismiss

3    are moot, Plaintiff respectfully submits that said motion be taken off calendar.

4                                                    Respectfully submitted,

5

6

7    DATED: August 24, 2007                    By:_____/s/ William R. Restis_____

8
                                                **FINKELSTEIN & KRINSK LLP**
9                                               JEFFREY R. KRINSK
                                                MARK L. KNUTSON
10                                              WILLIAM R. RESTIS
                                                501 West Broadway, Suite 1250
11                                              San Diego, CA 92101-3593
                                                Tel: (619) 238-1333
12                                              Fax: (619) 238-5425
                                                Email: jrk@classactionlaw.com
13
                                                Attorneys for Plaintiff
14                                              Luz M. Zapien

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO
DISMISS PLAINTIFF'S COMPLAINT
(3:07-cv-00385-DMS-CAB)

ZAPIEN v. WASHINGTON MUTUAL, INC. *et. al.*

**CERTIFICATE OF SERVICE**

1

2    I, Andrea Vasquez, certify that on August 24, 2007, I electronically filed the foregoing

3    PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S

4    COMPLAINT with the Clerk of the Court using the CM/ECF system, which sent notification of

5    such filing to the following individuals:

6

7    **Morgan, Lewis, & Bockius LLP**
     Joseph E. Floren
8    One Market
9    Spear Street Tower
     San Francisco, CA 94105
10   Tel: 415.442.1000
     Fax: 415.442.1001
11   Email: jfloren@morganlewis.com

12   **O'MELVENY & MYERS LLP**
13   Phillip R. Kaplan
     610 Newport Center Dr.
14   Newport Beach, CA. 92660
15   Tel: 949 8236909
     Fax: 949 8236994
16   Email: pkaplan@omm.com

17

18   DATED: August 24, 2007            /s/ Andrea Vasquez

                                       Andrea Vasquez
19                                     **FINKELSTEIN & KRINSK LLP**
                                       The Koll Center
20                                     501 West Broadway, Suite 1250
21                                     San Diego, CA 92101
                                       Tel: 619.238.1333
22                                     Fax: 619.238.5425

23

24

25

26

27

28