# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ M. ZAPIEN, Individually And On Behalf Of All Others Similarly Situated,,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>WASHINGTON MUTUAL, INC., WM TRUST I, WM TRUST II, WM STRATEGIC ASSET MANAGEMENT PORTFOLIOS, LLC, WM FINANCIAL SERVICES, INC., WM ADVISORS, INC., WM FUNDS DISTRIBUTOR, INC., EDGE ASSET MANAGEMENT, INC., PRINCIPAL FINANCIAL GROUP, INC., PRINCIPAL INVESTORS FUND, INC., PRINCIPAL FUNDS DISTRIBUTOR, INC.,<br><br>　　　　　　　Defendants. | CASE NO. 07cv385 DMS (CAB)<br><br>**ORDER RE: MOTION TO DISMISS** |

Pending before the Court is a motion to dismiss filed by the Defendant on June 25, 2007. Plaintiffs have, in the meantime, filed an Amended Complaint on August 24, 2007, which has rendered Defendant's motion moot. The motion to dismiss is hereby DENIED on those grounds, and the hearing scheduled for September 21, 2007 is VACATED.

/ / /

/ / /

/ / /

/ / /

1  **IT IS SO ORDERED.**

3  **DATED: August 28, 2007**

  *[signature]*

5  **HON. DANA M. SABRAW**
   **United States District Judge**