# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ M. ZAPIEN, Individually And On Behalf Of All Others Similarly Situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON MUTUAL, INC., WM TRUST I, WM TRUST II, WM STRATEGIC ASSET MANAGEMENT PORTFOLIOS, LLC, WM FINANCIAL SERVICES, INC., WM ADVISORS, INC., WM FUNDS DISTRIBUTOR, INC., EDGE ASSET MANAGEMENT, INC., PRINCIPAL FINANCIAL GROUP, INC., PRINCIPAL INVESTORS FUND, INC., PRINCIPAL FUNDS DISTRIBUTOR, INC., <br><br> Defendants. | CASE NO. 07cv385 DMS (CAB) <br><br> **ORDER RE: BRIEFING SCHEDULE** |

A telephonic conference was held on September 26, 2007. During the conference, the parties agreed to the following briefing schedule for a motion to dismiss:

1. Defendants shall file their motion(s), not to exceed fifty (50) pages allocated among Defendants at their discretion, on or before <u>October 15, 2007</u>.

2. Plaintiffs shall file an opposition no longer than fifty (50) pages on or before <u>November 30, 2007</u>.

3. Defendants shall file a reply, not to exceed twenty-five (25) pages allocated among Defendants at their discretion, on or before <u>December 20, 2007</u>.

1 | 4. The motion shall be heard on **January 11, 2007** at **1:30 p.m.**
2 | **IT IS SO ORDERED.**
3 |
4 | DATED: September 27, 2007

_____
HON. DANA M. SABRAW
United States District Judge