1  MORGAN, LEWIS & BOCKIUS LLP
   MICHAEL J. LAWSON, State Bar No. 66547
2  JOSEPH E. FLOREN, State Bar No. 168292
   LISA A. FREITAS, State Bar No. 227109
3  SHEILA A. JAMBEKAR, State Bar No. 239101
   One Market, Spear Street Tower
4  San Francisco, CA 94105-1126
   Tel: 415.442.1000
5  Fax: 415.442.1001
   Email: michael.lawson@morganlewis.com
6         jfloren@morganlewis.com
          lfreitas@morganlewis.com
7         sjambekar@morganlewis.com

8  Attorneys for Defendants Washington Mutual, Inc. and
   WM Financial Services, Inc.
9
   [Additional Parties and Counsel on Signature Page]
10

11                      UNITED STATES DISTRICT COURT

12                     SOUTHERN DISTRICT OF CALIFORNIA

13
   LUZ M. ZAPIEN, et al.,                    Case No. 07-CV-0385-DMS-CAB
14
                   Plaintiffs,               **DEFENDANTS' NOTICE OF MOTION AND
15                                           MOTION TO DISMISS SECOND
         vs.                                 AMENDED COMPLAINT**
16
   WASHINGTON MUTUAL, INC., *et al.*,        Date:   TBD
17                                           Time:   TBD
                   Defendants.               Place:  Courtroom 10, 2d Floor
18                                           Judge:  Hon. Dana M. Sabraw

19

20

21 **TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

22      PLEASE TAKE NOTICE that on a date to be set by the Court at a conference to be held

23 pursuant to this Court's Civil Pretrial and Trial Procedure 6.A, of which further notice shall be

24 given hereafter, before the Honorable Dana M. Sabraw in Courtroom 10 on the 2d Floor of the

25 United States District Court for the Southern District of California, located at 940 Front Street, San

26 Diego, California, Defendants Washington Mutual, Inc., WM Financial Services, Inc., WM

27 Advisors, Inc., WM Distributor, Inc., Edge Asset Management, Inc., Principal Financial Group,

28 Inc., Principal Investors Fund, Inc., Principal Funds Distributor, Inc., WM Trust I, WM Trust II,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7637918.5                          1           NOTICE OF MOTION AND MOTION TO
                                                    DISMISS SECOND AMENDED COMPLAINT
                                                    (07-CV-0385-DMS-CAB)

1  and WM Strategic Asset Management Portfolios LLC ("Defendants") will, and hereby do, move
2  to dismiss the Second Amended Class Action Complaint ("SAC").
3      This motion will be briefed and set for hearing according to a schedule to be established by
4  the Court, and is brought under the authority of the Private Securities Litigation Reform Act of
5  1995, 15 U.S.C. §§ 77z-1, 78u-4, and Federal Rules of Civil Procedure 12(b)(6), 12(b)(1) and 9(b)
6  on the grounds that Plaintiffs have failed to allege facts sufficient to state a claim and the Court
7  lacks jurisdiction to hear Plaintiffs' claims.  This motion is based on the Memoranda of Points and
8  Authorities to be filed hereafter, upon the Memoranda of Points and Authorities previously filed in
9  support of Defendants' motions to dismiss the First Amended Complaint and the Request for
10 Judicial Notice ("RJN") and Declaration of Joseph E. Floren ("Floren Decl."), filed therewith, upon
11 the complete pleadings and records of this action, and on such other matters as may be presented
12 hereafter to the Court.
13 Respectfully submitted,

| MORGAN, LEWIS & BOCKIUS LLP | O'MELVENY & MYERS LLP |
|---|---|
| MICHAEL J. LAWSON, SBN 66547 | PHILLIP R. KAPLAN, SBN 76949 |
| JOSEPH E. FLOREN, SBN 168292 | MARCUS S. QUINTANILLA, SBN 205994 |
| LISA A. FREITAS, SBN 227109 | ANDREW R. ESCOBAR, SBN 249242 |
| SHEILA A. JAMBEKAR, SBN 239101 | 610 Newport Center Drive, 17th Floor |
| One Market, Spear Street Tower | Newport Beach, CA 92660-6429 |
| San Francisco, CA 94105-1126 | Tel: 949.760.9600 |
| Tel: 415.442.1000 | Fax: 949.823.6994 |
| Fax: 415.442.1001 | Email: pkaplan@omm.com |
| Email: michael.lawson@morganlewis.com |     mquintanilla@omm.com |
|     jfloren@morganlewis.com |     aescobar@omm.com |
|     lfreitas@morganlewis.com | |
|     sjambekar@morganlewis.com | By: _____/s/_____ |
| | Phillip R. Kaplan |
| By: _____/s/_____ | Attorneys for Defendants WM Advisors, Inc., |
| Joseph E. Floren | WM Distributor, Inc., Edge Asset Management, Inc., Principal Financial Group, Inc., Principal Investors Fund, Inc., Principal Funds Distributor, Inc., WM Trust I, WM Trust II, and WM Strategic Asset Management Portfolios LLC |
| Attorneys for Defendants Washington Mutual, Inc. and WM Financial Services, Inc. | |
| DATED: February 25, 2008 | DATED: February 25, 2008 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7637918.5

2

NOTICE OF MOTION AND MOTION TO
DISMISS SECOND AMENDED COMPLAINT
(07-CV-0385-DMS-CAB)

**PROOF OF SERVICE**
**SOUTHERN DISTRICT OF CALIFORNIA, CASE NO. 3:07-CV-0385**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On February 26, 2008, I served the within documents:

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**

☒   to be filed and served electronically via the CM/ECF system.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

Finkelstein & Krinsk LLP
Jeffrey Krinsk
Mark L. Knutson
William R. Restis
501 West Broadway, Suite 1250
San Diego, CA 92101-3579

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed on February 26, 2008, at San Francisco, California.

*/s/ Mary McGuire*
Mary McGuire

1-SF/7670022.1

PROOF OF SERVICE