```
MORGAN, LEWIS & BOCKIUS LLP
MICHAEL J. LAWSON, State Bar No. 66547
JOSEPH E. FLOREN, State Bar No. 168292
LISA A. FREITAS, State Bar No. 227109
SHEILA A. JAMBEKAR, State Bar No. 239101
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
Email:  michael.lawson@morganlewis.com
        jfloren@morganlewis.com
        lfreitas@morganlewis.com
        sjambekar@morganlewis.com
```

Attorneys for Defendants Washington Mutual, Inc. and WaMu Investments, Inc. (f/k/a WM Financial Services, Inc.)

[Additional Parties and Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ M. ZAPIEN, and MARIA CARMEN HIGAREDA, Individually And On Behalf Of All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Defendants. | Case No. 07-CV-0385-DMS-CAB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:     May 9, 2008<br>Time:    1:30 P.M.<br>Place:    Courtroom 10, 2d Floor<br>Judge:   Hon. Dana M. Sabraw |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 9, 2008 at 1:30 P.M. before the Honorable Dana M. Sabraw in Courtroom 10 on the 2d Floor of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California, Defendants Washington Mutual, Inc., WM Financial Services, Inc., WM Advisors, Inc., WM Distributor, Inc., Edge Asset Management, Inc., Principal Financial Group, Inc., Principal Investors Fund, Inc., Principal Funds Distributor, Inc., WM Trust I, WM Trust II, and WM Strategic Asset Management

Portfolios LLC ("Defendants") will, and hereby do, move to dismiss the Second Amended Class Action Complaint ("SAC").

This motion is set for hearing in compliance with the Court's scheduling order dated March 6, 2008 and is brought under the authority of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1, 78u-4, and Federal Rules of Civil Procedure 12(b)(6), 12(b)(1), and 9(b) on the grounds that Plaintiffs have failed to allege facts sufficient to state a claim and the Court lacks jurisdiction to hear Plaintiffs' claims. This motion is based on the Memorandum of Points and Authorities in support hereof and the Request for Judicial Notice ("RJN") and Declaration of Joseph E. Floren ("Floren Decl."), filed herewith, upon the pleadings and records of this action, and on such other matters as may be presented hereafter to the Court.

Respectfully submitted,

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>MICHAEL J. LAWSON, SBN 66547<br>JOSEPH E. FLOREN, SBN 168292<br>LISA A. FREITAS, SBN 227109<br>SHEILA A. JAMBEKAR, SBN 239101<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel:  415.442.1000<br>Fax: 415.442.1001<br>Email: michael.lawson@morganlewis.com<br>          jfloren@morganlewis.com<br>          lfreitas@morganlewis.com<br>          sjambekar@morganlewis.com<br><br>By: _____/s/_____<br>        Joseph E. Floren<br><br>Attorneys for Defendants Washington Mutual, Inc. and WaMu Investments, Inc. (f/k/a WM Financial Services, Inc.)<br><br>DATED: March 21, 2008 | O'MELVENY & MYERS LLP<br>PHILLIP R. KAPLAN, SBN 76949<br>MARCUS S. QUINTANILLA, SBN 205994<br>ANDREW R. ESCOBAR, SBN 249242<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660-6429<br>Tel:  949.760.9600<br>Fax: 949.823.6994<br>Email: pkaplan@omm.com<br>          mquintanilla@omm.com<br>          aescobar@omm.com<br><br>By: _____/s/_____<br>        Phillip R. Kaplan<br><br>Attorneys for Defendants WM Advisors, Inc., WM Distributor, Inc., Edge Asset Management, Inc., Principal Financial Group, Inc., Principal Investors Fund, Inc., Principal Funds Distributor, Inc., WM Trust I, WM Trust II, and WM Strategic Asset Management Portfolios LLC<br><br>DATED: March 21, 2008 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7669869.2                                          2                          NOTICE OF MOTION AND MOTION TO
                                                                                   DISMISS SECOND AMENDED COMPLAINT
                                                                                   (07-CV-0385-DMS-CAB)